IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EUNA MCGRUDER, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:17-cv-1547 |
| | ) JUDGE RICHARDSON |
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, | ) |
| Defendant. | ) |

## ORDER

I hereby recuse myself in this matter.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE