IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EUNA McGRUDER,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN GOVERNMENT OF<br>NASHVILLE AND DAVIDSON<br>COUNTY, TENNESSEE,<br><br>    Defendant. | NO. 3:17-cv-01547<br><br>JUDGE CAMPBELL |

## VERDICT FORM

1. Do you find that Metro retaliated against Dr. McGruder in violation of Title VII of the Civil Rights Act of 1964?

    ✓ YES _____ NO

    *If you answered "Yes" in response to Question No. 1, proceed to Question No. 2. If you answered "No" to Question No. 1, stop, and have the foreperson sign and date this form.*

2. What amount of compensatory damages should be awarded to Dr. McGruder?

    $ 260,000
    (Amount of damages)

3. What amount of back pay damages should be awarded to Dr. McGruder?

    $ 0
    (Amount of damages)

    _____
    Jury Foreperson

    12.6.21
    Date