IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EUNA McGRUDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:17-cv-01547 |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | JUDGE CAMPBELL |
| NASHVILLE AND DAVIDSON ) | |
| COUNTY, TENNESSEE, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has returned its verdict.

**IT IS ORDERED AND ADJUDGED** that the jury found in favor of Plaintiff for retaliation under Title VII of the Civil Rights Act of 1964 and awarded Plaintiff $260,000 in compensatory damages and $0 in back pay.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE