IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EUNA McGRUDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:17-cv-01547 |
| | ) | |
| METROPOLITAN GOVERNMENT OF | ) | JUDGE CAMPBELL |
| NASHVILLE AND DAVIDSON COUNTY, | ) | MAGISTRATE JUDGE HOLMES |
| TENNESSEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This case is administratively closed pending the disposition of Defendant's appeal before the United States Court of Appeals for the Sixth Circuit.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE